John D. Shyer
(212) 906-1270
John.Shyer@lw.com

# LATHAM&WATKINS LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 6 FEB 2009
```

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Munich |
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Doha | Orange County |
| Dubai | Paris |
| Frankfurt | Rome |
| Hamburg | San Diego |
| Hong Kong | San Francisco |
| London | Shanghai |
| Los Angeles | Silicon Valley |
| Madrid | Singapore |
| Milan | Tokyo |
| Moscow | Washington, D.C. |

February 25, 2009

**BY EMAIL and U.S. MAIL**

The Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

RE:   *Price, et. al. v. Porter Novelli, Inc., et. al.*, Case No. 07 Civ. 5869 (PAC)

Dear Judge Crotty:

We represent the Defendants in the above-referenced FLSA putative collective action. This letter is submitted on behalf of both Plaintiffs and Defendants to provide the Court with a report on the status of this action pursuant to the Court's Order, dated December 24, 2009 (the "Order").

On December 23, 2008, the parties entered into a Settlement Memorandum of Understanding (the "Memorandum"), following which the Court entered the Order and transferred the matter to the suspense docket pending completion of certain tasks set forth in the Memorandum. The Court also directed counsel for the parties to submit progress reports, at 60 day intervals, on their efforts to complete the steps necessary to finalize the settlement.

The parties have made substantial progress in fulfilling the terms of the Memorandum:

- The three named Plaintiffs have entered into settlement agreements and releases with the Defendants and the Defendants have delivered the related payments to counsel for the named Plaintiffs.

- Pursuant to the Memorandum, Defendant Porter Novelli, Inc. ("Porter Novelli") has created a list of Included Employees. On or about February 18, 2009, Porter Novelli sent packages to each of the Included Employees containing an explanatory letter, an acknowledgement form and information relating to their overtime hours and the related payment. Prior to the mailing, counsel for Porter Novelli presented the form of these documents to counsel for the Plaintiffs, and counsel for the Plaintiffs approved the form.

**MEMO ENDORSED**

**LATHAM&WATKINS**LLP

- Defendant Porter Novelli has received signed acknowledgement forms from some of the Included Employees and is making payments to those individuals in accordance with the terms set forth in the Memorandum. The parties anticipate that within approximately the next 30 days, Porter Novelli should receive responses from the remaining Included Employees who wish to accept the payments, and will be in a position to say that no response has been received from the other Included Employees. Any Included Employee who does not return a signed acknowledgement will not receive a payment, but will retain his or her rights to pursue any alleged wage claims.

Upon completion of the remaining steps in the Memorandum, the parties will jointly request that this action be dismissed with prejudice. Should this Court wish to receive additional information about the progress of the settlement, counsel for the parties are available either in person or via telephone for a conference. Your Honor's attention to and consideration of these issues is greatly appreciated.

Respectfully submitted,

John D. Shyer (JS - 2706)
of LATHAM & WATKINS LLP

Attorney for Defendants

cc: Locks Law Firm PLLC
Andrew Bell, Esq., abell@lockslawny.com

The parties shall submit a status report in 45 days.

SO ORDERED: 26 FEB 2009

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE