UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KESIA PRICE, Individually and on Behalf of All
Other Persons Similarly Situated,

                      Plaintiffs,

    -against-

PORTER NOVELLI, INC. and OMNICOM
GROUP INC.,

                      Defendants.

07 Civ. 5869 (PAC)

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs Kesia Price, Juliana Bastien-Denis, and Melinda Perez, individually and on behalf of all other persons similarly situated, and Defendants Porter Novelli, Inc., and Omnicom Group Inc., by and through their respective counsel,* that the above-captioned case be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), including all claims and allegations that were or could have been asserted, with each party to bear its own costs and attorneys' fees.

Dated: New York, New York
       April 14, 2009

LOCKS LAW FIRM PLLC

By: _____
Andrew Bell
747 Third Avenue, 37th Floor
New York, New York 10017
Tel: (212) 838-3333

[*signature page follows*]

LATHAM & WATKINS LLP

By: _____
John D. Shyer
Amy S. Donovan
885 Third Avenue, Suite 1000
New York, New York 10022
Tel:(212) 906-1200

*Attorneys for Defendants*

*Alex Barnett is no longer practicing law.

By: /s/

Seth R. Lesser
Fran Rudich
Klafter, Olsen & Lesser LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
(914) 934-9200


By:_____

Jeff Gottlieb
BERGER & GOTTLIEB
150 East 18th Street, Suite PHR
New York, NY 10003
Telephone: (212) 228-9795


By:_____

Gary Mason
The Mason Law Firm LLP
1225 19th Street, N.W., Suite 500
Washington, DC 20036
(202) 640-1164

*Attorneys for Plaintiffs*

By:_____
Seth R. Lesser
Fran Rudich
Klafter, Olsen & Lesser LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
(914) 934-9200

By: /s/ Jeff Gottlieb
Jeff Gottlieb
BERGER & GOTTLIEB
150 East 18th Street, Suite PHR
New York, NY 10003
Telephone: (212) 228-9795

By:_____
Gary Mason
The Mason Law Firm LLP
1225 19th Street, N.W., Suite 500
Washington, DC 20036
(202) 640-1164

*Attorneys for Plaintiffs*

2

By:_____
   Seth R. Lesser
   Fran Rudich
   Klafter, Olsen & Lesser LLP
   Two International Drive, Suite 350
   Rye Brook, NY 10573
   (914) 934-9200


By:_____
   Jeff Gottlieb
   BERGER & GOTTLIEB
   150 East 18th Street, Suite PHR
   New York, NY 10003
   Telephone: (212) 228-9795


By:_____
   Gary Mason
   The Mason Law Firm LLP
   1225 19th Street, N.W., Suite 500
   Washington, DC 20036
   (202) 640-1164

*Attorneys for Plaintiffs*